478 A.2d 81

Commonwealth v. Stewart, Appellant.

Submitted May 18, 1984. David H. Acker, Public Defender, for appellant; Joseph A. Kosciuszko, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.

478 A.2d 81

Commonwealth v. Taynton, Appellant.

Submitted January 3, 1984. Robert E. Dalton, Jr., Public Defender, for appellant; James E. Carlson, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and DEL SOLE and HESTER, JJ.

Judgment of sentence vacated and case remanded for resentencing.

Jurisdiction relinquished.